Núm. 1345.—PÉREZ, peticionario *v.* TRIBUNAL DE CONTRIBUCIONES, dmdado.—Original. *Certiorari.* Nov. 9, 1942.

Núm. 1349.—RAFUCCI, peticionario *v.* TRIBUNAL DE CONTRIBUCIONES, dmdado.—

Núm. 1351.—PÉREZ, peticionario *v.* TRIBUNAL DE CONTRIBUCIONES, dmdado.—

Núm. 1352.—ABARCA, peticionario *v.* TRIBUNAL DE CONTRIBUCIONES, dmdado.—

Núm. 1375.—SEOANE, peticionario *v.* TRIBUNAL DE CONTRIBUCIONES, dmdado.—

Núm. 1376.—SOTELO, peticionario *v.* TRIBUNAL DE CONTRIBUCIONES, dmdado.—

Examinados las solicitudes y los expedientes en estos casos y oídas las partes, siendo las cuestiones envueltas en los mismos iguales sustancialmente a las del certiorari número 1332, *Manuel Pérez Pérez v. Tribunal de Apelación de Contribuciones,* decidido en el día de hoy (ante, pág. 33) por los motivos consignados en la opinión en que dicha decisión se basa, se revocan las decisiones del Tribunal de Apelación de Contribuciones recurridas y se devuelven los casos al dicho tribunal para ulteriores procedimientos no inconsistentes con la opinión de esta Corte en el caso de *Ballester* v. *Tribunal de Apelación,* 60 D.P.R. 768.